**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6261**

MARLON ANDRE WILSON,

    Plaintiff – Appellant,

  v.

THE UNITED STATES PAROLE COMMISSION,

    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:12-cv-00084-JCC-IDD)

Submitted: June 26, 2012    Decided: July 3, 2012

Before DUNCAN, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marlon Andre Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Andre Wilson appeals the district court's order dismissing his petition for a writ of mandamus pursuant to 28 U.S.C. § 1915A (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. United States Parole Comm'n, No. 1:12-cv-00084-JCC-IDD (E.D. Va. Jan. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED